IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS LINKO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAPITAL ONE FINANCIAL CORPORATION and CAPITAL ONE BANK (USA), N.A.,<br><br>　　　　Defendants. | Civil Action No. 3:11-cv-02021-ARC<br><br>A. Richard Caputo<br>United States District Judge |

## **DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

Defendants Capital One Bank (USA), N.A. and Capital One Financial Corporation (collectively, "Capital One") respectfully move this Court to dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for the reasons set forth in the accompanying brief, which is incorporated by reference herein.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: November 7, 2011　　　　　　 /s/ Kevin Batik
　　　　　　　　　　　　　　　　　Ronald Crouch
　　　　　　　　　　　　　　　　　Pa. Id. No. 35155
　　　　　　　　　　　　　　　　　Kevin Batik (admitted pro hac vice)
　　　　　　　　　　　　　　　　　Pa. Id. No. 89209
　　　　　　　　　　　　　　　　　McGuireWoods LLP
　　　　　　　　　　　　　　　　　625 Liberty Avenue, 23rd Floor
　　　　　　　　　　　　　　　　　Pittsburgh, PA  15222
　　　　　　　　　　　　　　　　　(412) 667-6000

## **CERTIFICATE OF COUNSEL**

The undersigned hereby certifies that the concurrence in the motion has been sought from each party. Counsel for the Plaintiff does not concur with the relief sought in the motion.

                                                /s/ Kevin Batik

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon the following via notice delivered by the Court's ECF filing system, on the 7th day of November 2011:

Vicki Piontek, Esq.<br>
951 Allentown Road<br>
Lansdale, PA 19446

    /s/ Kevin Batik