IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS LINKO, | |
| Plaintiff, | CIVIL ACTION NO. 3:11-CV-2021 |
| v. | (JUDGE CAPUTO) |
| CAPITAL ONE FINANCIAL CORPORATION, et al., | |
| Defendants. | |

### ORDER

Before the Court is a motion to dismiss Mr. Linko's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. 6.) The motion and brief in support were filed November 7, 2011. Under Local Rule of Court 7.6, Mr. Linko's brief in opposition was due on or before November 21, 2011. On January 12, 2012, the Court gave Mr. Linko an additional fourteen (14) to either file his brief in opposition or contact the Court. Mr. Linko has done neither.

NOW, this 22nd day of February, 2012, **IT IS HEREBY ORDERED** that, pursuant to Local Rule 7.6, the motion to dismiss (Doc. 6) is deemed **UNOPPOSED** and is **GRANTED**. The Clerk of Court is directed to mark the case as **CLOSED**.

A. Richard Caputo
United States District Judge